1  MICHAEL J. HINES
   WSBA# 19929
2  KELLY E. KONKRIGHT
3  WSBA #33544
   LUKINS & ANNIS, P.S.
4  1600 Washington Trust Financial Center
   717 W Sprague Ave
5  Spokane, WA 99201-0466
   Telephone: (509) 455-9555
6  Facsimile No.: (509) 747-2323
7

8                UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF WASHINGTON
9                          AT SPOKANE
10

11 DANNY ROE,,

12              Plaintiff,              NO.

13     v.                               F.R.C.P. 7.1 CORPORATE
                                        DISCLOSURE STATEMENT
14 DEBT REDUCTION SERVICES, INC.,
   d/b/a DEBT REDUCTION SERVICES; a
15 foreign corporation; SHAWN SMITH and
   JANE DOES SMITH, husband and wife,
16
17              Defendants.
18

19      Defendant Debt Reduction Services, Inc., by and through their counsel of

20 record, Lukins & Annis, P.S., hereby submit the following corporate disclosure

21 statement pursuant to F.R.C.P. 7.1:

22      The above-name Defendant does not have a parent corporation, and no

23 publicly held corporation owns 10% or more of any stock of Defendant.
24
25
26

F.R.C.P. 7.1 CORPORATE DISCLOSURE
STATEMENT: 1

LAW OFFICES OF
LUKINS & ANNIS, PS
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

K:\K\KONKRIG079089\DRS CORP DISCL-102005-KEK-KEK.DOC 10/20/05

1 | DATED this 24th day of October, 2005.

2 |                                  LUKINS & ANNIS, P.S.

By _____
MICHAEL J. HINES
WSBA# 19929
KELLY E. KONKRIGHT
WSBA #33544
Attorneys for Defendants

F.R.C.P. 7.1 CORPORATE DISCLOSURE STATEMENT: 2

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

K:\K\KONKRIG079089\DRS CORP DISCL-102005-KEK-KEK.DOC 10/20/05