UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANNY ROE,<br><br>        Plaintiff,<br><br>     v.<br><br>DEBT REDUCTION SERVICES, INC., an Idaho Corporation, registered in the State of Washington d/b/a Debt Reduction Services,<br><br>        Defendant. | No. CV-05-0330-FVS<br><br>ORDER OF DISMISSAL |

**THIS MATTER** comes before the Court on the parties' Motion for Entry of Stipulated Order of Dismissal With Prejudice, Ct. Rec. 64. The parties having stipulated to dismissal of the above-entitled action,

**IT IS HEREBY ORDERED:**

1. The parties' Motion for Entry of Stipulated Order of Dismissal With Prejudice, **Ct. Rec. 64**, is **GRANTED**.

2. Pursuant to the Stipulation and Order of Dismissal With Prejudice, **Ct. Rec. 65**, and Federal Rule of Civil Procedure 41(a), this action is **DISMISSED WITH PREJUDICE** and without attorneys' fees or costs to any party.

/

/

/

ORDER OF DISMISSAL- 1

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this order, furnish copies to counsel, and **CLOSE THE FILE.**

**DATED** this  26th  day of July, 2007.

                               s/ Fred Van Sickle
                                Fred Van Sickle
                         United States District Judge

ORDER OF DISMISSAL- 2